South Shore Appraisals CA
3911 Cleveland Ave Unit 34142
San Diego, CA 92163-7086
(619) 432-5715


06/01/2023

Cesar Mora/Natasha Mora
6389 Castejon Dr
La Jolla, CA 92037


Re: Property:     6389 Castejon Dr
                    La Jolla, CA 92037
    Borrower:
    File No.:      6389 Castejon Dr


Opinion of Value: $  18,034,000
Effective Date:     05/30/2023


In accordance with your request, we have appraised the above referenced property.  The report of that appraisal is attached.

The purpose of the appraisal is to develop an opinion of market value for the property described in this appraisal report, as improved, in unencumbered fee simple title of ownership.

This report is based on a physical analysis of the site and improvements, a locational analysis of the neighborhood and city, and an economic analysis of the market for properties such as the subject.  The appraisal was developed and the report was prepared in accordance with the Uniform Standards of Professional Appraisal Practice.

The opinion of value reported above is as of the stated effective date and is contingent upon the certification and limiting conditions attached.

It has been a pleasure to assist you.  Please do not hesitate to contact me or any of my staff if we can be of additional service to you.


Sincerely, <span style="background-color:blue; color:white;">esign.alamode.com/verify    Serial:A5601DF5</span>


Sidney Loiseau
License or Certification #: AR041847
State: CA    Expires: 12/26/2024
Sid@SouthShoreAppraisalsCa.com

Serial# A5601DF5
esign.alamode.com/verify

**PARCEL QUEST**
APPRAISE

County Last Updated: 05/18/2023

## Property Location

| | | | | | |
|---|---|---|---|---|---|
| **Address:** | 6389 CASTEJON DR | **City:** | LA JOLLA | **Zip:** | 92037-6933 |
| **APN#:** | 352-512-03-00 | **Use Code:** | Single Family Residence | **County:** | San Diego |
| **Tract:** | 3345 | **Census Tract:** | 83.10 | **Zone:** | R-1:SINGLE FA |
| **Map Page/Grid:** | 1247/ J1 | **Legal Desc:** | TR 3345 LOT 86* | | |
| **Total Assessed Value:** | 3,267,640 | **Tax Amount:** | 39,779.12 | | |
| **Percent Improvement:** | 0.49 | **Tax Year / Assessor Year:** | 2022 / 2022 | | |

## Current Owner Information

| | | | |
|---|---|---|---|
| **Current Owner:** | BULA DEVELOPMENTS INC | **Owner Address:** | 1615 S MARIPOSA RD |
| **City, State, Zip:** | STOCKTON, CA, 95205-7727 | **Owner Occupied:** | No |
| **Last Transaction:** | 05/18/2022 | **Deed Type:** | deed of trust |
| **Amount:** | 750,000 | **Document:** | 0000212735 |

## Last Sale Information

| | | | |
|---|---|---|---|
| **Transferred From:** | 6389 CASTEJON LLC | **Seller Address:** | |
| **Recording / Sale Date:** | 08/30/2019 / 05/02/2019 | **Prior Recording / Sale Date:** | 07/02/2018 / 04/24/2018 |
| **Most Recent Sale Price:** | 1,760,000 | **Prior Sale Price:** | 1,760,000 |
| **Document Number:** | 0000375297 | **Prior Document No.:** | 0000270027 |
| **Document Type:** | grant deed/deed of trust | **Prior Document Type:** | grant deed/deed of trust |

## Lender Information

| | | | |
|---|---|---|---|
| **Lender:** | TRIUMPH CAP PTRS INC | **Full/Partial:** | F |
| **Loan Amount / 2nd Trust Deed:** | 3,732,000 / | **Loan Type:** | conventional |

## Physical Information

| | | | | | |
|---|---|---|---|---|---|
| **Building Area:** | 8,278 | **# of Bedrooms:** | 6 | **Lot Size Sqft / Acreage:** | 21,400 / 0.49 |
| **Additional:** | 0 | **# of Bathrooms:** | 8.00 | **Year Built / Effective:** | 1965 / 0 |
| **Garage:** | 0 | **# of Stories:** | 0 | **Heating:** | |
| **First Floor:** | 0 | **Total Rooms:** | 0 | **Cooling:** | |
| **Second Floor:** | 0 | **# of Units:** | 0 | **Roof Type:** | |
| **Third Floor:** | 0 | **Garage/Carport:** | 2 Car Garage | **Construction/Quality:** | Primary Material Unlisted / 0 |
| **Basement Finished:** | 0 | **Fireplaces:** | 0 | **Building Shape:** | |
| **Basement Unfinished:** | 0 | **Pool/Spa:** | Yes | **View:** | |

## Flood Data and Map

| | | | |
|---|---|---|---|
| **Flood Zone:** X | **Panel Number:** 06073C1603G | **Panel Date:** 2012-05-16 | **Community Number:** 060295 |

Serial# A5601DF5
esign.alamode.com/verify



**Detached**
MLS #: 230006469
APN: 352-512-03-00
Addr: 6389 Castejon Drive
City,St:                    La Jolla  CA    Zip: 92037

Status: **ACTIVE**
Short Sale: **No**
COE Date:

List Price: **$19,995,000**
Orig Price: **$19,995,0...**    DOMLS **52**
Sold Price:
List Date: **4/8/2023**    LP/SqFt: **1,817...**
Mod Date: **4/14/2023**    SP/SqFt:

| Bedrooms: **6** | Full Baths: **7** |
| Optional B... **0** | Half Bath... **2** |
| Total: **6** | Total: **9** |

Est. SqFt: **11,000**  Year Built: **2022**
Community: **LA JOLLA**
Neighborhood: **Muirlands**
Complex:
SA Restrictions **N/K**
View: **Panoramic Ocean, Coastline, Wh...**
Pool: **Below Ground, Lap, Heated, Peb...**

Parking Garage Spaces: **4**
Parking Non-Garaged Spaces: **6**
Parking Spaces Total: **10**
Parking Garage: **Attached**
Non-Garage Details: **Driveway - Concrete, Street**
RV Parking:

Listing Type **ER**
Pets:
Age Restrictions: **NK**
Stories: **2 Story**

Patio: **Covered, Enclosed, Ston...**

**Exterior Back**

**Virtual Tour**
**Start Showin...**

MandRem **None Known**

M H I

## REMARKS AND SHOWING INFO

New Construction resort-style estate offering a reverse living floor plan for maximum privacy and partial ocean views. High quality finishes and custom details throughout, offering unique features including an entryway entertainment lounge with private courtyard; a zero-edge second-floor pool with 12ft-tall waterfall; an expansive 600 Sqft. private gym with an equivalent outdoor workout area; multiple ocean view sport courts, and dual Primary Suites on each floor for a versatile living experience. Enjoy year-around sunsets

Conf. Remarks: Visit www.Scenic-Oasis.com for more details – Estimated square footage includes under-roof indoor/outdoor living areas, approx 2,600 sqft. Buyer to verify all square footage and information. Partial ocean view from 2nd floor living areas. Panoramic ocean view from elevated backyard and sport court amenities. Listing Agents are principals of the subject property.

Cross Streets: **La Jolla Scenic Drive S**    Map Code:    CBB%: **2.00**    CBBS:    CVR: **N**
Directions To Property: **From the intersection of Nautilus Street and La Jolla Scenic Drive S, head south on La Jolla Scenic Drive S, then**

Showing: **POF required for showing - 24 Hrs Notice Required – LAMA**

Occupied: **Call Listing A...**    Occupant:    Occupant Ph:    Lockbox:  **No**

Listing Agent: **Cesar Mora – 858-539-6232**    Agent DRE Lic#: **01948302**
2nd Agent: **Natasha N Mora – 858-539-6308**    Broker ID: **8928**    Broker DRE Lic... **01878277**
Listing Office: **eXp Realty of California, Inc. - Office: 858-258-7383**

Off Market Date:    Close of Escrow:    Financing:    Concessio...
Selling Agent:    Selling DRE License#
Selling Office:    Sale Price:    Exp Date:

Wtr Dist:    High School URL
HO Fees Includ...
Home Owner F... **0.00**    Paid:    Pay Freq.
Other Fees: **0.00**    Paid:    Pay Freq.
CFD/Mello-Roos: **0.00**    Paid:    Pay Freq.
Total Monthly Fees: **0**    Assessments:
HOA:    Other Fee Type:
HOA Phone:    Zoning: **R-1**
Prop Mgmt Co:    Entry Level Unit:
Prop Mgmt Ph:    Cmplx Feat:
Est. % Owner Occu...
Terms: **Cash, Cash To New Loan, Su...**
Cooling: **Central Forced Air**
Heat Source: **Natural Gas**    Heat Equip: **Forced Air Unit**
Fireplace Loc: **FP in Master BR, Patio/Outdoors, Gas, Great Room, Ou...**
Fireplaces(s): **6**

Equipment **Dishwasher, Disposal, Dryer, Fire Sprinklers, Garage Door Opener, Microwave, Pool/Spa/Equipment, Range/Oven, Refrigerator,**

| Living Room: **30x30** | Master BR: **23x24** |
| Dining Room: **30x30** | Bedroom 2: **10x13** |
| Family Room: **40x22** | Bedroom 3: **17x14** |
| Kitchen: **20x15** | Bedroom 4: **15x17** |
| Breakfast Area **8x9** | Bedroom 5: **15x13** |
| Extra Room 1: **25x33** | Extra Room 3: **21x18** |
| Extra Room 2: **33x20** | |

SqFt Source: **Other/Remarks**    Lot Size: **.25 to .5 AC**    #Acr... **0....**
Lot Size Source: **Assessor Rec...**    Units/Building:
Lot SqFt Approx: **21,400**    Units/Complex:
Laundry Locatio... **Laundry Room, On Upper Level** Elevator: **Y**
Sewer/Septic: **Sewer Connected**    Stories in Buildi... **2**

Appreciate a full-size residential elevator for a single-level living experience and easy access to each floor - Offering an Entertainment Lounge, Expansive Gym, Private Courtyard, Primary Level Great Room, Dual Primary Suites and ocean view sport courts and backyard amenities . Enjoy three kitchen and bar areas with 20 Wolf-Subzero appliances throughout, including an elegant primary kitchen meticulously designed with marble, quartzite, brass, and stainless steel finishes - complementing the high-level custom finishes throughout the home. La Jolla's largest NEW CONSTRUCTION CRAFTSMAN ESTATE is the perfect home for year-round entertainment and enjoyment of the coastal lifestyle.

Information is believed to be accurate, but shall not be relied on without verification. Square footage, lot size, room size dimensions should be considered approximate. Some amenities may be sold as-is. Please be advised there may be additional disclaimers and disclosures attached to this listing that are available to Participants and...

Provided By:    DRE Lic#: CA    05/30/2023 07:12 PM
Mark Pilapil

©SDMLS Information is not guaranteed

Serial# A5601DF5
esign.alamode.com/verify

# RESIDENTIAL APPRAISAL REPORT

File No.: 6389 Castejon Dr

## SUBJECT

| | |
|---|---|
| Property Address: 6389 Castejon Dr | City: La Jolla | State: CA | Zip Code: 92037 |

County: San Diego  Legal Description: Lot 86 Tr 3345

Assessor's Parcel #: 352-512-03-00

Tax Year: 2023  R.E. Taxes: $ 39,779  Special Assessments: $ 0  Borrower (if applicable):

Current Owner of Record: Bula Developments Inc  Occupant: ☒ Owner ☐ Tenant ☐ Vacant ☐ Manufactured Housing

Project Type: ☐ PUD ☐ Condominium ☐ Cooperative ☐ Other (describe)  HOA: $ 0 ☐ per year ☐ per month

Market Area Name: La Jolla - Muirlands  Map Reference: 1247/J1  Census Tract: 0083.10

## ASSIGNMENT

The purpose of this appraisal is to develop an opinion of: ☒ Market Value (as defined), or ☐ other type of value (describe)

This report reflects the following value (if not Current, see comments): ☒ Current (the Inspection Date is the Effective Date) ☐ Retrospective ☐ Prospective

Approaches developed for this appraisal: ☒ Sales Comparison Approach ☐ Cost Approach ☐ Income Approach  (See Reconciliation Comments and Scope of Work)

Property Rights Appraised: ☒ Fee Simple ☐ Leasehold ☐ Leased Fee ☐ Other (describe)

Intended Use: The intended use of this appraisal is to Ascertain Market Value of the subject property. No other use is intended or authorized by the appraiser. The scope of this assignment is specific to the identified intended use.

Intended User(s) (by name or type): Cesar Mora<cmorarealestate@gmail.com; Natasha Mora <nmorarealestate@gmail.com

Client: Cesar Mora/Natasha Mora  Address: 6389 Castejon Dr, La Jolla, CA 92037

Appraiser: Sidney Loiseau  Address: 3911 Cleveland Avenue Unit #34142, San Diego, CA 92163

## MARKET AREA DESCRIPTION

| Location: | ☐ Urban ☒ Suburban ☐ Rural | Predominant Occupancy | One-Unit Housing | | Present Land Use | Change in Land Use |
|---|---|---|---|---|---|---|
| Built up: | ☒ Over 75% ☐ 25-75% ☐ Under 25% | | PRICE $(000) | AGE (yrs) | One-Unit 60 % | ☒ Not Likely |
| Growth rate: | ☐ Rapid ☒ Stable ☐ Slow | ☒ Owner 80 | 4,600 Low 0 | | 2-4 Unit 5 % | ☐ Likely * ☐ In Process * |
| Property values: | ☐ Increasing ☒ Stable ☐ Declining | ☐ Tenant 15 | 23,500 High 52 | | Multi-Unit 5 % | * To: |
| Demand/supply: | ☐ Shortage ☒ In Balance ☐ Over Supply | ☐ Vacant (0-5%) | 7,000 Pred 24 | | Comm'l 10 % | |
| Marketing time: | ☐ Under 3 Mos. ☒ 3-6 Mos. ☐ Over 6 Mos. | ☐ Vacant (>5%) | | | Hills 20 % | |

Market Area Boundaries, Description, and Market Conditions (including support for the above characteristics and trends): See Attached Addendum

## SITE DESCRIPTION

Dimensions: See Plat Map  Site Area: 21,400 sf

Zoning Classification: R1  Description: Single Family Residential

Zoning Compliance: ☒ Legal ☐ Legal nonconforming (grandfathered) ☐ Illegal ☐ No zoning

Are CC&Rs applicable? ☐ Yes ☒ No ☐ Unknown  Have the documents been reviewed? ☐ Yes ☒ No  Ground Rent (if applicable) $ /

Highest & Best Use as improved: ☒ Present use, or ☐ Other use (explain)  Highest & Best use for the subject is Single Family Residential homes with possible option of a ADU or Junior ADU with new zoning law changes.

Actual Use as of Effective Date:  Use as appraised in this report:

Summary of Highest & Best Use:  Highest & Best use for the subject is Single Family Residential homes with possible option of a ADU or Junior ADU with new zoning law changes.

| Utilities | Public | Other | Provider/Description | Off-site Improvements | Type | Public | Private | Topography | Rolling Hills |
|---|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | ☐ | | Street | Paved | ☒ | ☐ | Size | Typical for area |
| Gas | ☒ | ☐ | | Curb/Gutter | Typical/Concrete | ☒ | ☐ | Shape | Rectangular |
| Water | ☒ | ☐ | | Sidewalk | Typical/Concrete | ☒ | ☐ | Drainage | Typical |
| Sanitary Sewer | ☒ | ☐ | | Street Lights | Typical/Halogen | ☒ | ☐ | View | Hills/Mtns/Sunsets |
| Storm Sewer | ☒ | ☐ | | Alley | None | | | | |

Other site elements: ☒ Inside Lot ☐ Corner Lot ☐ Cul de Sac ☐ Underground Utilities ☐ Other (describe)

FEMA Spec'l Flood Hazard Area ☐ Yes ☒ No  FEMA Flood Zone X  FEMA Map # 06073C1603G  FEMA Map Date 05/16/2012

Site Comments: No adverse conditions were observed in association with this property, but please see attached addendum for complete disclosure.

## DESCRIPTION OF THE IMPROVEMENTS

| General Description | | Exterior Description | | Foundation | | Basement | ☒ None | Heating | Yes |
|---|---|---|---|---|---|---|---|---|---|
| # of Units | 1 ☐ Acc.Unit | Foundation | Concrete/New | Slab | Concrete | Area Sq. Ft. | 0 | Type | Forced |
| # of Stories | 2 | Exterior Walls | Stucco/New | Crawl Space | None | % Finished | 0 | Fuel | Gas |
| Type ☒ Det. ☐ Att. | | Roof Surface | Tile/New | Basement | None | Ceiling | | | |
| Design (Style) | Comtemporary | Gutters & Dwnspts. | Aluminum/New | Sump Pump | None | Walls | | Cooling | Yes |
| ☒ Existing ☐ Proposed ☐ Und.Cons. | | Window Type | Custm/New | Dampness | None | Floor | | Central | CAC |
| Actual Age (Yrs.) | 1 | Storm/Screens | Mesh/New | Settlement | None | Outside Entry | | Other | C.Fans |
| Effective Age (Yrs.) | 1 | | | Infestation | None | | | | |

| Interior Description | | Appliances | | Attic | ☐ None | Amenities | | Car Storage | ☐ None |
|---|---|---|---|---|---|---|---|---|---|
| Floors | Tile/Carpet/New | Refrigerator | ☒ | Stairs | ☒ | Fireplace(s) # 5 | Woodstove(s) # 0 | Garage | # of cars 8 Tot.) |
| Walls | Drywall/New | Range/Oven | ☒ | Drop Stair | ☐ | Patio Cvd | Amenity Bocce Ball Court | Attach. | |
| Trim/Finish | Wood/Paint/New | Disposal | ☒ | Scuttle | ☐ | Deck Deck/Balcony | Amenity Sport Court | Detach. | |
| Bath Floor | Tile/New | Dishwasher | ☒ | Doorway | ☐ | Porch Cvd | Amenity Pavillion | Blt.-In 4 | |
| Bath Wainscot | Tile/New | Fan/Hood | ☒ | Floor | ☐ | Fence C.Blk | Amenity Outdoor Bathroom | Carport | |
| Doors | Hollowcore/New | Microwave | ☒ | Heated | ☐ | Pool Cstm Pool/Spa | Amenity Outdoor Kitchen | Driveway 4 | |
| | | Washer/Dryer | ☒ | Finished | ☐ | Amenities Waterfall/Fire Pit | Amenity Outdoor LvngRm | Surface Concrete | |

Finished area above grade contains: 12 Rooms  6 Bedrooms  8.2 Bath(s)  8,425 Square Feet of Gross Living Area Above Grade

Additional features: The energy efficient items in the subjects home are Custom windows and appliances. Outdoor Bathroom, Outdoor Kitchen, Outdoor LvngRm, Pavillion & Sports Courts were observed. Full Bathroom was noted by the Pool.

Describe the condition of the property (including physical, functional and external obsolescence): See Addendum

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however acknowledged and credited.

Form GPRES2 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE



Serial# A5601DF5
esign.alamode.com/verify

3/2007

# RESIDENTIAL APPRAISAL REPORT

File No.: 6389 Castejon Dr

<table>
<tr><th></th><th>SUBJECT</th><th>COMPARABLE SALE # 1</th><th>COMPARABLE SALE # 2</th><th>COMPARABLE SALE # 3</th></tr>
<tr><td>TRANSFER HISTORY</td><td colspan="4">
My research ☒ did ☐ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.<br>
Data Source(s): Parcel Quest/CoreLogic<br>
1st Prior Subject Sale/Transfer — Analysis of sale/transfer history and/or any current agreement of sale/listing: The subject property transferred title<br>
Date: 05/18/2022 — within the past 36 months from the effective date of the appraisal. The comparable properties<br>
Price: 750,000 — transferred title within the past 12 months. The information was verified through Parcel Quest/Sandicor.<br>
Source(s): Parcel Quest/CoreLogic<br>
2nd Prior Subject Sale/Transfer<br>
Date: 08/30/2019<br>
Price: 1,760,000<br>
Source(s): Parcel Quest/CoreLogic
</td></tr>
</table>

## SALES COMPARISON APPROACH TO VALUE (if developed) ☐ The Sales Comparison Approach was not developed for this appraisal.

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| | | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. |
| Address | 6389 Castejon Dr<br>La Jolla, CA 92037 | 7505 Hillside Dr<br>La Jolla, CA 92037 | | 1320 Muirlands Dr<br>La Jolla, CA 92037 | | 6251 La Jolla Scenic Dr S<br>La Jolla, CA 92037 | |
| Proximity to Subject | | 0.96 miles NW | | 0.88 miles SW | | 0.41 miles SW | |
| Sale Price | $ | $ 15,800,000 | | $ 21,800,000 | | $ 18,375,000 | |
| Sale Price/GLA | 2,140.53 /sq.ft. | 1,536.22 /sq.ft. | | 1,726.32 /sq.ft. | | 2,041.67 /sq.ft. | |
| Data Source(s) | Inspection | CRMLS#220026106;DOM 143 | | CRMLS#220003504;DOM 22 | | CRMLS#200045330;DOM 230 | |
| Verification Source(s) | Public Records | Doc#73895 | | Doc#0116336 | | Doc#385869   05/21/2021-COE | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. |
| Sales or Financing Concessions | | ArmLth<br>Conv;0 | | ArmLth<br>Cash;0 | | ArmLth<br>Cash;0 | |
| Date of Sale/Time | | s03/23;c02/23 | | s03/22;c02/22 | | s05/21;c05/21 (+12.8) | +1,176,000 |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | Residential | Feeder St | +100,000 | Residential | | Feeder St | +100,000 |
| Site | 21400 sf | 32670 sf | 0 | 28314 sf | 0 | 1.02 ac | -575,780 |
| View | Ocn/Coast/Sunset | Ocn/Coast/Sunset | | Ocn/Coast/Sunset Pano | -500,000 | Ocn/Coast/Sunset Pano | -500,000 |
| Design (Style) | Comtemporary | Comtemporary | | Spanish | 0 | Modern | 0 |
| Quality of Construction | New/Custom | Good/Custom | +500,000 | New/Custom | | New/Custom | |
| Age | 1 | 26 | 0 | 5 | 0 | 5 | 0 |
| Condition | Full Remodel | Inferior Upgrades | +2,000,000 | Full Remodel | | Full Remodel | 0 |
| Above Grade | | | -50,000 | | | | |
| Room Count | 12 / 6 / 8.2 | 11 / 5 / 6.0 | +150,000 | 12 / 7 / 8.2 | 0 | 12 / 6 / 7.1 | +75,000 |
| Gross Living Area | 8,425 sq.ft. | 10,285 sq.ft. | -930,000 | 12,628 sq.ft. | -2,101,500 | 9,000 sq.ft. | -287,500 |
| Basement & Finished Rooms Below Grade | 0sf | 0sf | | 0sf | | 0sf | |
| Functional Utility | New | Good | 0 | Good | | New | 0 |
| Heating/Cooling | FAU/CAC | FAU/CAC | | FAU/CAC | | FAU/CAC | |
| Energy Efficient Items | Custom Wnds | Custom Wnds | | Custom Wnds | | Custom Wnds | |
| Garage/Carport | 4 Car Garage | 3 Car Garage | +20,000 | 6 Car Garage | -40,000 | 6 Car Garage | -40,000 |
| Porch/Patio/Deck | Porch/Patio/Dk/Bal | Porch/Patio/Dk/Bal | | Porch/Patio/Dk/Bal | | Porch/Patio/Dk/Bal | |
| Fireplace(s) | 5 Fireplaces | 3 Fireplaces | +20,000 | 5 Fireplaces | | 3 Fireplace | +20,000 |
| Pool/Spa | Custom Pool/Spa | Custom Pool/Spa | | Custom Pool/Spa | | Custom Pool/Spa | |
| Amenities | Sport Crts/Fire Pit | Fire Pit | +50,000 | Fire Pit | +50,000 | Fire Pit | +50,000 |
| Amenities | Outdoor Kit | None | +50,000 | Outdoor Kit | | Outdoor Kit | |
| Net Adjustment (Total) | | ☒ + ☐ - | $ 2,010,000 | ☐ + ☒ - | $ -2,641,500 | ☒ + ☐ - | $ 17,720 |
| Adjusted Sale Price of Comparables | | | $ 17,810,000 | | $ 19,158,500 | | $ 18,392,720 |

Summary of Sales Comparison Approach     A market area was surveyed for relevant market data within subject the immediate's area. Based upon a physical inspection and exterior inspection of subject  and the exterior inspection of the comparable, the subject and comparable appear to be in similar condition, have close or similar effective ages, appeal, marketability, design,and characteristics.  All of the preceding comparable sales are located in the subject's general area and are considered to be the most relevant indicators of current market value for the subject property.

Indicated Value by Sales Comparison Approach $     18,034,000

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however acknowledged and credited.

GP RESIDENTIAL

Form GPRES2 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

Serial# A5601DF5
esign.alamode.com/verify

3/2007

# RESIDENTIAL APPRAISAL REPORT

File No.: 6389 Castejon Dr

## COST APPROACH

**COST APPROACH TO VALUE (if developed)**  ☐ The Cost Approach was not developed for this appraisal.

Provide adequate information for replication of the following cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value):  See Addendum

| | | | | |
|---|---|---|---|---|
| ESTIMATED ☐ REPRODUCTION OR ☒ REPLACEMENT COST NEW | OPINION OF SITE VALUE | | =$ | 9,112,685 |
| Source of cost data:  Marshall & Swift SwiftEstimator | DWELLING | 8,425 Sq.Ft. @ $ 750.00 | =$ | 6,318,750 |
| Quality rating from cost service:  GOOD  Effective date of cost data:  MAY 2023 | 0 Sq.Ft. @ $ | =$ | |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.): | Sq.Ft. @ $ | =$ | |
| Depreciation is via economic age life method. Total economic life is | Sq.Ft. @ $ | =$ | |
| estimated at 100 years. Replacement cost figures used in the cost | Sq.Ft. @ $ | =$ | |
| approach are for valuation purposes only. These figures should not be | Pool/Sports Court/Fire pit/Kitchen | =$ | 260,000 |
| relied upon for insurance purposes. The definition for "market value" | Garage/Carport 667 Sq.Ft. @ $ 500.00 | =$ | 333,500 |
| used in this appraisal is not likely to be consistent with the definition of | Total Estimate of Cost-New | =$ | 6,912,250 |
| "insurable value". | Less Physical Functional External | | |
| | Depreciation 69,123 | =$( | 69,123) |
| | Depreciated Cost of Improvements | =$ | 6,843,127 |
| | "As-is" Value of Site Improvements | =$ | 50,000 |
| | | =$ | |
| | | =$ | |
| Estimated Remaining Economic Life (if required):  99 Years | INDICATED VALUE BY COST APPROACH | =$ | 16,005,812 |

## INCOME APPROACH

**INCOME APPROACH TO VALUE (if developed)**  ☒ The Income Approach was not developed for this appraisal.

Estimated Monthly Market Rent $ _____  X  Gross Rent Multiplier _____ = $ _____  **Indicated Value by Income Approach** _____

Summary of Income Approach (including support for market rent and GRM):  The income approach was not completed due to lack of competing rentals in this area and it was not considered reliable.

## PUD

**PROJECT INFORMATION FOR PUDs (if applicable)**  ☐ The Subject is part of a Planned Unit Development.

Legal Name of Project:

Describe common elements and recreational facilities:

## RECONCILIATION

Indicated Value by: Sales Comparison Approach $  18,034,000  Cost Approach (if developed) $  16,005,812  Income Approach (if developed) $

Final Reconciliation  The sales comparison approach is considered to be the best indicator of value supported by the cost approach. The income approach was not utilized due to the lack of sufficient sale/rental information to arrive at a meaningful indication of value

This appraisal is made ☒ "as is",  ☐ subject to completion per plans and specifications on the basis of a Hypothetical Condition that the improvements have been completed,  ☐ subject to the following repairs or alterations on the basis of a Hypothetical Condition that the repairs or alterations have been completed,  ☐ subject to the following required inspection based on the Extraordinary Assumption that the condition or deficiency does not require alteration or repair:  Appraised "As Is" no conditions made. This report is intended to Ascertain Market Value. This report is not intended for any other use.

☐ This report is also subject to other Hypothetical Conditions and/or Extraordinary Assumptions as specified in the attached addenda.

Based on the degree of inspection of the subject property, as indicated below, defined Scope of Work, Statement of Assumptions and Limiting Conditions, and Appraiser's Certifications, my (our) Opinion of the Market Value (or other specified value type), as defined herein, of the real property that is the subject of this report is:  $  18,034,000  , as of:  05/30/2023  , which is the effective date of this appraisal. If indicated above, this Opinion of Value is subject to Hypothetical Conditions and/or Extraordinary Assumptions included in this report.  See attached addenda.

## ATTACHMENTS

A true and complete copy of this report contains  33  pages, including exhibits which are considered an integral part of the report. This appraisal report may not be properly understood without reference to the information contained in the complete report.

Attached Exhibits:

☒ Scope of Work  ☐ Limiting Cond./Certifications  ☐ Narrative Addendum  ☐ Photograph Addenda  ☐ Sketch Addendum
☐ Map Addenda  ☐ Additional Sales  ☐ Cost Addendum  ☐ Flood Addendum  ☐ Manuf. House Addendum
☒ Hypothetical Conditions  ☐ Extraordinary Assumptions

Client Contact:  Cesar Mora/Natasha Mora
Client Name:  Cesar Mora/Natasha Mora
E-Mail:  cmorarealestate@gmail.com/nmorarealestate@gmail.com  Address:  6389 Castejon Dr, La Jolla, CA 92037

## SIGNATURES

**APPRAISER**  esign.alamode.com/verify  Serial:A5601DF5

Appraiser Name:  Sidney Loiseau
Company:  South Shore Appraisals CA
Phone:  (619) 432-5715  Fax:
E-Mail:  Sid@SouthShoreAppraisalsCa.com
Date of Report (Signature):  06/01/2023
License or Certification #:  AR041847  State:  CA
Designation:
Expiration Date of License or Certification:  12/26/2024
Inspection of Subject:  ☒ Interior & Exterior  ☐ Exterior Only  ☐ None
Date of Inspection:  05/30/2023

**SUPERVISORY APPRAISER (if required)**
or **CO-APPRAISER (if applicable)**

Supervisory or
Co-Appraiser Name:
Company:
Phone:  Fax:
E-Mail:
Date of Report (Signature):
License or Certification #:  State:
Designation:
Expiration Date of License or Certification:
Inspection of Subject:  ☐ Interior & Exterior  ☐ Exterior Only  ☐ None
Date of Inspection:

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however the a la mode logo, the "la mode", and the flower design logotype are protected trademarks.  acknowledged and credited.

Serial# A5601DF5
esign.alamode.com/verify

Adversary Proceeding Doc Set 2 Complaint Page 074

# ADDITIONAL COMPARABLE SALES

File No.: 6389 Castejon Dr

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address | 6389 Castejon Dr La Jolla, CA 92037 | 8410 Whale Watch Way La Jolla, CA 92037 | | 8436 Westway Dr La Jolla, CA 92037 | | 1021 Muirlands Dr La Jolla, CA 92037 | |
| Proximity to Subject | | 1.81 miles N | | 1.87 miles N | | 1.14 miles SW | |
| Sale Price | $ | | $ 14,500,000 | | $ 17,400,000 | | $ 16,750,000 |
| Sale Price/GLA | $ 2,140.53 /sq.ft. | $ 1,705.88 /sq.ft. | | $ 2,154.00 /sq.ft. | | $ 1,647.32 /sq.ft. | |
| Data Source(s) | Inspection | CRMLS#210034019;DOM 34 | | CRMLS#200054420;DOM 63 | | CRMLS#230009780;DOM 6 | |
| Verification Source(s) | Public Records | Doc#0101441 | | Doc#329724    04/29/2021-COE | | Realtor | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. |
| Sales or Financing | | ArmLth | | ArmLth | | Listing | |
| Concessions | | Conv;0 | | Cash;0 | | Conv;0 | |
| Date of Sale/Time | | s03/22;c02/22 | | s04/21;c03/21 (+12.8) | +1,113,600 | Active | |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | Residential | Resid Culdesac | -100,000 | Residential | | Residential | |
| Site | 21400 sf | 19598 sf | 0 | 19990 sf | | 36590 sf | 0 |
| View | Ocn/Coast/Sunset | Ocn/Coast/Sunset Pano | -500,000 | Ocn/Coast/Sunset Pano | -500,000 | Ocn/Coast/Sunset Pano | -500,000 |
| Design (Style) | Contemporary | Spanish | 0 | Contemporary | | Contemporary | |
| Quality of Construction | New/Custom | Good/Custom | +500,000 | New/Custom | | Good/Custom | +500,000 |
| Age | 1 | 13 | 0 | 2 | | 35 | 0 |
| Condition | Full Remodel | Inferior Upgrades | +2,000,000 | Full Remodel | | Inferior Upgrades | +2,000,000 |
| Above Grade | Total Bdrms Baths | Total Bdrms Baths | +50,000 | Total Bdrms Baths | -50,000 | Total Bdrms Baths | -50,000 |
| Room Count | 12   6   8.2 | 11   5   3.3 | +225,000 | 13   7   8.2 | 0 | 13   7   7.3 | +25,000 |
| Gross Living Area | 8,425 sq.ft. | 8,500 sq.ft. | 0 | 8,078 sq.ft. | 0 | 10,168 sq.ft. | -871,500 |
| Basement & Finished | 0sf | 0sf | | 0sf | | 0sf | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | New | Good | 0 | New | | Good | |
| Heating/Cooling | FAU/CAC | FAU/CAC | | FAU/CAC | | FAU/CAC | |
| Energy Efficient Items | Custom Wnds | Custom Wnds | | Custom Wnds | | Custom Wnds | |
| Garage/Carport | 4 Car Garage | 4 Car Garage | | 8 Car Garage | -80,000 | 4 Car Garage | |
| Porch/Patio/Deck | Porch/Patio/Dk/Bal | Porch/Patio/Dk/Bal | | Porch/Patio/Dk | 0 | Porch/Patio/Dk/Bal | |
| Fireplace(s) | 5 Fireplace(s) | 3 Fireplace(s) | +20,000 | 2 Fireplace | +30,000 | 5 Fireplace(s) | |
| Pool/Spa | Custom Pool/Spa | Custom Pool/Spa | | Custom Pool/Spa | | Custom Pool/Spa | |
| Amenities | Sport Crts/Fire Pit | None | +50,000 | Fire Pit | +50,000 | Fire Pit | +50,000 |
| Amenities | Outdoor Kit | None | +50,000 | None | +50,000 | None | +50,000 |
| Net Adjustment (Total) | | ☒ + ☐ - | 2,295,000 | ☒ + ☐ - | 613,600 | ☒ + ☐ - | 1,203,500 |
| Adjusted Sale Price of Comparables | | | $ 16,795,000 | | $ 18,013,600 | | $ 17,953,500 |

**Summary of Sales Comparison Approach**    A market area was surveyed for relevant market data within subject the immediate's area. Based upon a physical inspection and exterior inspection of subject  and the exterior inspection of the comparable, the subject and comparable appear to be in similar condition, have close or similar effective ages, appeal, marketability, design,and characteristics.  All of the preceding comparable sales are located in the subject's general area and are considered to be the most relevant indicators of current market value for the subject property.

SALES COMPARISON APPROACH

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however    acknowledged and credited.

Form GPRES2.(AC) - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

Serial# A5601DF5
esign.alamode.com/verify

3/2007



| Client | Cesar Mora/Natasha Mora | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 6389 Castejon Dr | | | | | | |
| City | La Jolla | County | San Diego | State | CA | Zip Code | 92037 |
| Appraiser | Sidney Loiseau | | | | | | |

**Appraiser Competency Statement**
The appraiser is fully competent in completing assignments in the San Diego County market area. Over the past 15 years approximately 10,000 reports have been completed for 1004, 1073, and 1025 reports. The appraiser has traveled less than 15 miles to complete this assignment order. Familiarity with local zoning changes, city improvements, future projects and shift in market sales are kept up to date with local officials and supportive web data. Local data such as DataQuick, Sandicor MLS and access to San Diego City Building and Planning Department and San Diego County Building and Planning Department records. The appraiser has lived in both San Diego City and now resides in the County of San Diego.

**One Unit Housing Trend Addendum**
The subjects home has been reconciled above the predominate One Unit Housing Trend for the market area. The subjects home is located on an interior street, pool/spa amenity and considered new construction w/ an Ocean View. The improvements are: Per MLS: "New Construction resort-style estate offering a reverse living floor plan for maximum privacy and partial ocean views. High quality finishes and custom details throughout, offering unique features including an entryway entertainment lounge with private courtyard; a zero-edge second-floor pool with 12ft-tall waterfall; an expansive 600 Sqft. private gym with an equivalent outdoor workout area; multiple ocean view sport courts, and dual Primary Suites on each floor for a versatile living experience. Enjoy year-around sunsets and entertainment in La Jolla's newest and largest custom Craftsman Estate.

Appreciate a full-size residential elevator for a single-level living experience and easy access to each floor - Offering an Entertainment Lounge, Expansive Gym, Private Courtyard, Primary Level Great Room, Dual Primary Suites and ocean view sport courts and backyard amenities . Enjoy three kitchen and bar areas with 20 Wolf-Subzero appliances throughout, including an elegant primary kitchen meticulously designed with marble, quartzite, brass, and stainless steel finishes - complementing the high-level custom finishes throughout the home. La Jolla's largest NEW CONSTRUCTION CRAFTSMAN ESTATE is the perfect home for year-round entertainment and enjoyment of the coastal lifestyle."

**Condition of Property Addendum**
Per MLS: "New Construction resort-style estate offering a reverse living floor plan for maximum privacy and partial ocean views. High quality finishes and custom details throughout, offering unique features including an entryway entertainment lounge with private courtyard; a zero-edge second-floor pool with 12ft-tall waterfall; an expansive 600 Sqft. private gym with an equivalent outdoor workout area; multiple ocean view sport courts, and dual Primary Suites on each floor for a versatile living experience. Enjoy year-around sunsets and entertainment in La Jolla's newest and largest custom Craftsman Estate.

Appreciate a full-size residential elevator for a single-level living experience and easy access to each floor - Offering an Entertainment Lounge, Expansive Gym, Private Courtyard, Primary Level Great Room, Dual Primary Suites and ocean view sport courts and backyard amenities . Enjoy three kitchen and bar areas with 20 Wolf-Subzero appliances throughout, including an elegant primary kitchen meticulously designed with marble, quartzite, brass, and stainless steel finishes - complementing the high-level custom finishes throughout the home. La Jolla's largest NEW CONSTRUCTION CRAFTSMAN ESTATE is the perfect home for year-round entertainment and enjoyment of the coastal lifestyle."

**Alternative Heat Source**
The subjects home features a FWA/C.Air or Forced Warm Air/Central Air Conditioning. Based on the age of the subjects home, most homes in the market area feature a FWA/C.Air or Forced Warm Air/Central Air Conditioning. All the comparables feature the same style heating. This heat source is safe and legal, market accepted and heats the entire unit. The home is assumed to be habitable year round but the appraiser is not aware of owners purpose and/or schedule for the year.

**Carbon Monoxide Detector/Smoke Alarm/Water Heater Straps Addendum**
Upon physical inspection, Carbon Monoxide Detectors and Smoke Alarms were installed within the designated rooms. Double Water Heater Straps were noted & secured to the wall. (See Photos)

**Utility Addendum**
The subjects utilities & appliances were turned on and functional at the time of inspection. All mechanicals including the central heating and air conditioning systems appeared to be functioning properly. NOTE: The appraiser is not a Licensed contractor, Electrician, Plumber or Certified in HVAC. If the utilities and mechanicals are later found not to be working up to industry standards, the appraiser reserves the right to amend any portion of this report.

**Neighborhood Description**
Subject's neighborhood is located West of the 5 Fwy within the Village of La Jolla area. The neighborhood consists of single family homes built between the 1950's to 2020's. This area of the neighborhood which features restaurants, boutiques, shops, consumer apparel stores, convenience stores, banks, fitness establishments, parks and recreational facilities. The ocean is minutes from the home. The area trend in this neighborhood is the complete modernization and/or remodel of the existing properties. The land value in this area is superior due to the zoning being R1 which allows for one homes per 5,000 sf of lot size. All supporting facilities, schools: and employments are located within a 3 mile radius from the subjects neighborhood.

**Neighborhood Market Conditions**
The market conditions indicate that property values increased overall at +14.3%, BUT due to Interest Rate & Market Changes, Values have begun to stabilize based on a Comparative Market Analysis performed on the subjects market within the past 12 months (Yearly). The market conditions in this area can be considered stable. The financing is predominantly conventional with few concessions. Marketing time is estimated to be 0 to 3 months with supply relatively in balance with demand. The area trend is towards remodeling of houses and improvement of existing ones.
<u>Yearly Median - (Homes between 5,000 sf - 10,000 sf)</u>
05/22/2020-05/22/2021 = $5.237M
05/22/2021-05/22/2022 = $6.000M = <u>+12.8% - Adjusted on Comps 4 & 5</u>
05/22/2022-05/22/2023 = $7.000M = <u>+14.3% - Market time was not adjusted due  to Interest Rate & Market changes based on (1) Sold Sale was ONLY found within the past year of Homes between 5,000 sf - 10,000 sf in La Jolla.</u>

<u>HUD/FHA 4000.1 Guide defines a decline neighborhood as:</u>
*"A decline in prices or deterioration in other market conditions as evidence by an over supply of existing inventory and extended marketing times. Generally a declining trend in the housing market is identifiable when it extends for a period of at least 6 months or 2 quarters prior to the effective date of the appraisal."*

# Supplemental Addendum

| Client | Cesar Mora/Natasha Mora | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 6389 Castejon Dr | | | | | |
| City | La Jolla | County | San Diego | State | CA | Zip Code 92037 |
| Appraiser | Sidney Loiseau | | | | | |

**Certification supplement:**
1. This appraisal assignment was not based on a requested minimum valuation, a specific valuation, or an approval of a loan.
2. My compensation is not contingent upon the reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value estimate, the attainment of a stipulated result or the occurrence of a subsequent event.
3. It is assumed that permits are available on all structures, including permanent foundations, and it is assumed the age given to the appraiser either by the county/city records, or by the home owner is true and accurate, if found not to be true and accurate, i reserve the right to change may appraisal. Supervisory inspection is an exterior only.
4. Digital signature:  this report has been digitally signed by the appraiser, if there is any unauthorized use of this report, or my signature, this report will no longer be valid.

**ADDENDUM #1:**
**External Obsolescence:** Also known as economic obsolescence, means loss of value from all causes outside the property itself.
**External Obsolescence:** No

**Extraordinary Assumption:** An assumption to within an  appraisal that is essential that the value opinion would be erroneous if the assumption proved to be false.
**Extraordinary Assumptions:** No

**Definition of Hypothetical Conditions:** A condition contrary of fact. An appraisal may be based on assumption that differs from existing conditions.
**Hypothetical Conditions:** No

**MLS COMMENT:**
All sales used for the purpose of this appraisal were verify through mls as an arms length transaction. Sold comparables were listed on mls and sold to different parties, each of whom acts in his or her own best interest.

**LISTING AND PENDING ADDENDUM**
The appraiser's opinion of value is based on the market, research and knowledge of the area. The listing or pending sales is contracted by realtors and homeowners. The appraiser does not have or has ever had any type of opinion or communication with realtors or the homeowners prior to the appraisal assignment.

**Market Exposure Time Addendum**
A reasonable exposure time for the subject property at the opinion of value indicated is estimated to be 90 days and was derived using a comparative market analysis via MLS. The appraiser gathered market data of the comparable sales and listings within the past 6 - 12 months and performed a comparative market analysis of the comparable sales and listings in gathering market data for reasonable exposure time of the subject property.

**Comparable sales were adjusted for:**
- Sales and finance: The median concession amount is $10,000. Concessions adjustments must reflect the difference between what the comparables actually sold for with the sales or financing concessions and what they would have sold for without the concessions so that the dollar amount of the adjustments will approximate the reaction of the market to the concessions.. The analysis performed is from the 1004 Markets Condition Analysis.
- 2023 Marketing Time: Market time was not adjusted due  to Interest Rate & Market Changes.
- 2022 Marketing Time: Market time was not adjusted due  to Interest Rate & Market Changes.
- 2021 Marketing Time: Market time was adjusted at [12.8% x (Sales Price of Comp/24 months) X (# of months back from Contract Date) = Adjustment], due to the market increasing in 2021 according to the Market Conditions Analysis performed on the subjects market area.
- Location:Superior location of the comparable properties located closer to the Water were adjusted between $100,000 - $200,000 based on paired sales analysis of properties not located on adverse street locations.
- View: Superior ocean, coastline views when compared to subject's views were adjusted between $250,000 - $500,000 based on the markets reaction toward the appeal of the views.
- Quality of Construction: Adjustments toward quality of construction were applied at $500,000 toward the exterior improvements and foundation reinforcements completed according to market analysis of the comparable properties.
- Condition: Interior improvements were adjusted at $2,000,000 for being inferior Condition & according to market analysis of the comparable properties. Mls was utilized toward adjustments and interior features of the comparable sales.
- Age: Actual age adjustments were not warranted due to the ongoing improvements and complete home remodeled both the subject property and comparable properties have done, thus lowering the effective age of all the properties improved.
- Site: $25/ sf, based on usability if greater than 1000 sf.
- Gross living area: $500/sf for differences exceeding 500 sf.
- Garage: Adjustments were applied at $20,000 according to market reaction toward superior enclosed parking.
- Fireplace: Adjustments were applied at $10,000 according to market reaction toward the market appeal of the added amenity.
- Bedroom: $50,000
- Full Bath: $50,000
- Deck/Terrace/Open/Cvd Patio - Adjustments toward the different type of patios were derived based on the markets reaction toward the extension of the interior of the home outward with use of balconies, decks and patios. The adjustment was applied between $20,000-$40,000 depending on type.
- Amenities: Superior amenities were considered to have a superior market appeal based on paired sales analysis of the closed sales. The adjustment reflects the difference in market appeal with a home featuring these amenities versus a home without the additional amenities: Firepit: $10,000; Outdoor Kitchen: $50,000; Sporting Courts: $50,000.

The adjustments utilized were determined through paired sales analysis, appraisers working knowledge and experience. The adjustments reflect the difference the typical buyer would pay for the added amenity. Age and condition adjustments were computed together to allow the appraiser to account for actual age, effective age, renovations and remodeling. Condition adjustments when warranted were based upon comments/documentation from agents/brokers in the mls with respect to remodeling, updating superior to the subject or inferior such as a fixer or tlc, etc.

Serial# A56601DF5
esign.alamode.com/verify

| Client | Cesar Mora/Natasha Mora | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 6389 Castejon Dr | | | | | |
| City | La Jolla | County | San Diego | State | CA | Zip Code 92037 |
| Appraiser | Sidney Loiseau | | | | | |

Adjustments made are based on current market analysis. Most weight and consideration was given to closed comparable sales accordingly (SEE BELOW). The sources of market data used in this analysis for the sales comparison approach may have included Sandicor MLS, Value Plus, title company, online search engines, interior and exterior physical inspection of the property, and appraiser's personal knowledge of this market area.

**Comparable Property Weighted Sales**
Comparable 1 - $17,810,000 (20%) = $3,562,000
Comparable 2 - $19,158,500 (20%) = $3,831,700
Comparable 3 - $18,392,720 (20%) = $3,678,544
Comparable 4 - $16,795,000 (20%) = $3,359,000
Comparable 5 - $18,013,600 (20%) = $3,602,720
**Total Weighted Sales - $18,033,964**
**Rounded Weighted Sales - $18,034,000**

**APPRAISER RESERVES THE RIGHT TO AMEND AND/OR REVISE THE REPORT SHOULD FACTUAL EVIDENCE IN CONTRAST TO THE INFORMATION PROVIDED BE PRESENTED.**

# Building Sketch

| Client | Cesar Mora/Natasha Mora | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 6389 Castejon Dr | | | | | | |
| City | La Jolla | County | San Diego | State | CA | Zip Code | 92037 |
| Appraiser | Sidney Loiseau | | | | | | |



TOTAL Sketch by a la mode, inc.

# Building Sketch

| Client | Cesar Mora/Natasha Mora | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 6389 Castejon Dr | | | | | | |
| City | La Jolla | County | San Diego | State | CA | Zip Code | 92037 |
| Appraiser | Sidney Loiseau | | | | | | |

| Living Area | | Calculation Details | |
|---|---|---|---|
| First Floor | 3518.68 Sq ft | 26.6 × 31.5 = | 837.9 |
| | | 21 × 33 = | 693 |
| | | 46.1 × 15.4 = | 709.94 |
| | | 21.4 × 17.2 = | 368.08 |
| | | 29.9 × 19.4 = | 580.06 |
| | | 13 × 24.6 = | 319.8 |
| | | 9.9 × 1 = | 9.9 |
| Second Floor | 4906.16 Sq ft | 24 × 24.3 = | 583.2 |
| | | 15.4 × 5.9 = | 90.86 |
| | | 10.2 × 2.1 = | 21.42 |
| | | 4.2 × 4.1 = | 17.22 |
| | | 47.9 × 31.5 = | 1508.85 |
| | | 29.3 × 11.3 = | 331.09 |
| | | 44.2 × 11.6 = | 512.72 |
| | | 7.2 × 3 = | 21.6 |
| | | 24 × 72 = | 1728 |
| | | 4 × 22.8 = | 91.2 |
| **Total Living Area (Rounded):** | **8425 Sq ft** | | |
| **Non-living Area** | | | |
| Sport Court | 648 Sq ft | 24 × 27 = | 648 |
| Turf Lawn | 1368 Sq ft | 24 × 57 = | 1368 |
| Outdoor Kitchen | 313.31 Sq ft | 9.7 × 32.3 = | 313.31 |
| Terrace | 117.6 Sq ft | 16.8 × 7 = | 117.6 |
| Theatre | 168 Sq ft | 14 × 12 = | 168 |
| Pavillion | 168 Sq ft | 14 × 12 = | 168 |
| Courtyard | 1792.8 Sq ft | 6 × 4 = | 24 |
| | | 53.6 × 33 = | 1768.8 |
| Bathroom Patio | 302.6 Sq ft | 34 × 8.9 = | 302.6 |
| 1 Car Built-in | 245.1 Sq ft | 11 × 17.2 = | 189.2 |
| | | 4.3 × 13 = | 55.9 |
| Concrete Patio | 1399.17 Sq ft | 29.9 × 13.5 = | 403.65 |
| | | 29 × 27.2 = | 788.8 |
| | | 7.6 × 27.2 = | 206.72 |
| 3 Car Built-in | 667.17 Sq ft | 20.5 × 21.3 = | 436.65 |
| | | 10.2 × 22.6 = | 230.52 |
| Open Porch | 284.2 Sq ft | 9.6 × 12.6 = | 120.96 |
| | | 15.4 × 10.6 = | 163.24 |

Serial# A5601DF5
esign.alamode.com/verify

Adversary Proceeding Doc Set 2 Complaint Page 080

# Aerial Map

| Client | Cesar Mora/Natasha Mora | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 6389 Castejon Dr | | | | | |
| City | La Jolla | County | San Diego | State | CA | Zip Code 92037 |
| Appraiser | Sidney Loiseau | | | | | |



Form MAP.AERIAL - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

Serial# A5601DF5
esign.alamode.com/verify

# Location Map

| | |
|---|---|
| Client | Cesar Mora/Natasha Mora |
| Property Address | 6389 Castejon Dr |
| City | La Jolla |
| County | San Diego |
| State | CA |
| Zip Code | 92037 |
| Appraiser | Sidney Loiseau |



Serial# A5601DF5
esign.alamode.com/verify

Form MAP.LOC - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

## Plat Map

| Client | Cesar Mora/Natasha Mora | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 6389 Castejon Dr | | | | | | |
| City | La Jolla | County | San Diego | State | CA | Zip Code | 92037 |
| Appraiser | Sidney Loiseau | | | | | | |



**Subject
6389 Castejon Dr**

Form MAP.PLAT - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

Serial# A5601DF5
esign.alamode.com/verify

# Subject Photo Page

| Client | Cesar Mora/Natasha Mora | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Property Address | 6389 Castejon Dr | | | | | | | |
| City | La Jolla | County | San Diego | State | CA | Zip Code | 92037 | |
| Appraiser | Sidney Loiseau | | | | | | | |



**Subject Front**

6389 Castejon Dr
Sales Price
Gross Living Area        8,425
Total Rooms              12
Total Bedrooms           6
Total Bathrooms          8.2
Location                 Residential
View                     Ocn/Coast/Sunset
Site                     21400 sf
Quality                  New/Custom
Age                      1



**Subject Rear**



**Subject Street**

# Interior Photos

| | |
|---|---|
| Client | Cesar Mora/Natasha Mora |
| Property Address | 6389 Castejon Dr |
| City | La Jolla | County | San Diego | State | CA | Zip Code | 92037 |
| Appraiser | Sidney Loiseau |



**Pavilion**



**Sport Court**



**Bocce Ball Court**



**Pavilion**



**Ocean/Coast Views**



**Rear Yard**

# Interior Photos

| | |
|---|---|
| Client | Cesar Mora/Natasha Mora |
| Property Address | 6389 Castejon Dr |
| City | La Jolla | County | San Diego | State | CA | Zip Code | 92037 |
| Appraiser | Sidney Loiseau |




**Vanishing Edge Swimming Pool**

**Vanishing Edge Swimming Pool**




**Outdoor Kitchen**

**Vanishing Edge Swimming Pool**




**Outdoor Bathroom 1**

**Outdoor Bathroom 1**

# Interior Photos

| | |
|---|---|
| Client | Cesar Mora/Natasha Mora |
| Property Address | 6389 Castejon Dr |
| City | La Jolla | County San Diego | State CA | Zip Code 92037 |
| Appraiser | Sidney Loiseau |



**Outdoor Kitchen**



**Outdoor Living Room**



**Living Room**



**Dining Room**



**Second Floor Cat-Walk**



**Breakfast Nook**

# Interior Photos

| Client | Cesar Mora/Natasha Mora | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 6389 Castejon Dr | | | | | | |
| City | La Jolla | County | San Diego | State | CA | Zip Code | 92037 |
| Appraiser | Sidney Loiseau | | | | | | |



**Kitchen**



**Kitchen**



**Elevator**



**Laundry Room**



**Bedroom**



**En Suite Bathroom 2**

Serial# A56010F5
esign.alamode.com/verify

# Interior Photos

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Client | Cesar Mora/Natasha Mora | | | | | | |
| Property Address | 6389 Castejon Dr | | | | | | |
| City | La Jolla | County | San Diego | State | CA | Zip Code | 92037 |
| Appraiser | Sidney Loiseau | | | | | | |



**En Suite Bathroom 2**



**Walk-in Closet**



**Private Balcony**



**Bedroom**



**En Suite Bathroom 3**



**Half Bathroom**

| Client | Cesar Mora/Natasha Mora | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 6389 Castejon Dr | | | | | | |
| City | La Jolla | County | San Diego | State | CA | Zip Code | 92037 |
| Appraiser | Sidney Loiseau | | | | | | |



**Built-in Coffee Bar**



**Primary Bedroom(Main Floor)**



**Primary Bedroom(Main Floor)**



**Primary Bathroom 4 (Main Floor)**



**Primary Bathroom 4 (Main Floor)**



**Primary Bathroom 4 (Main Floor)**

# Interior Photos

| | | | | | | |
|---|---|---|---|---|---|---|
| Client | Cesar Mora/Natasha Mora | | | | | |
| Property Address | 6389 Castejon Dr | | | | | |
| City | La Jolla | County | San Diego | State | CA | Zip Code | 92037 |
| Appraiser | Sidney Loiseau | | | | | |


**Primary Bathroom 4 (Main Floor)**


**Walk-in Closet**


**Foyer**


**Gym**


**Lower Level Kitchen**


**Lower Level Kitchen**

## Interior Photos

| | | | | |
|---|---|---|---|---|
| Client | Cesar Mora/Natasha Mora | | | |
| Property Address | 6389 Castejon Dr | | | |
| City | La Jolla | County San Diego | State CA | Zip Code 92037 |
| Appraiser | Sidney Loiseau | | | |



**Side of Home**



**Interior View**



**Bedroom**



**En Suite Bathroom 5**



**Bedroom**



**En Suite Bathroom 6**

# Interior Photos

| Client | Cesar Mora/Natasha Mora | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 6389 Castejon Dr | | | | | | |
| City | La Jolla | County | San Diego | State | CA | Zip Code | 92037 |
| Appraiser | Sidney Loiseau | | | | | | |



**Half Bathroom**



**Hallway to Lower Level Primary**



**Primary Bedroom(Lower Level)**



**Primary Bedroom(Lower Level)**



**Primary Bathroom 7 (Lower Level)**



**Primary Bathroom 7 (Lower Level)**

# Interior Photos

| | |
|---|---|
| Client | Cesar Mora/Natasha Mora |
| Property Address | 6389 Castejon Dr |
| City | La Jolla |
| Appraiser | Sidney Loiseau |

County San Diego  State CA  Zip Code 92037



**Primary Bedroom Walk-in Closet(Lower Level)**



**Primary Bedroom Private Retreat (Lower Level)**



**Retreat w/Outdoor Shower**



**Side of Home**

# Interior Photos

| Client | Cesar Mora/Natasha Mora | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 6389 Castejon Dr | | | | | | |
| City | La Jolla | County | San Diego | State | CA | Zip Code | 92037 |
| Appraiser | Sidney Loiseau | | | | | | |



**Lower Level Entertainment Lounge**



**Dual Wine Locker**



**Dual Wine Locker**



**Mezzanine w/Waterfall**



**Lower Level Outdoor Lounge**



**Side of Home**

Serial# A5601DF5
esign.alamode.com/verify

# Comparable Photo Page

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Client | Cesar Mora/Natasha Mora | | | | | | |
| Property Address | 6389 Castejon Dr | | | | | | |
| City | La Jolla | County | San Diego | State | CA | Zip Code | 92037 |
| Appraiser | Sidney Loiseau | | | | | | |



### Comparable 1

**7505 Hillside Dr**

| | |
|---|---|
| Prox. to Subject | 0.96 miles NW |
| Sale Price | 15,800,000 |
| Gross Living Area | 10,285 |
| Total Rooms | 11 |
| Total Bedrooms | 5 |
| Total Bathrooms | 6.0 |
| Location | Feeder St |
| View | Ocn/Coast/Sunset |
| Site | 32670 sf |
| Quality | Good/Custom |
| Age | 26 |



### Comparable 2

**1320 Muirlands Dr**

| | |
|---|---|
| Prox. to Subject | 0.88 miles SW |
| Sale Price | 21,800,000 |
| Gross Living Area | 12,628 |
| Total Rooms | 12 |
| Total Bedrooms | 7 |
| Total Bathrooms | 8.2 |
| Location | Residential |
| View | Ocn/Coast/Sunset Pano |
| Site | 28314 sf |
| Quality | New/Custom |
| Age | 5 |



### Comparable 3

**6251 La Jolla Scenic Dr S**

| | |
|---|---|
| Prox. to Subject | 0.41 miles SW |
| Sale Price | 18,375,000 |
| Gross Living Area | 9,000 |
| Total Rooms | 12 |
| Total Bedrooms | 6 |
| Total Bathrooms | 7.1 |
| Location | Feeder St |
| View | Ocn/Coast/Sunset Pano |
| Site | 1.02 ac |
| Quality | New/Custom |
| Age | 5 |

# Comparable Photo Page

| Client | Cesar Mora/Natasha Mora | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 6389 Castejon Dr | | | | | | |
| City | La Jolla | County | San Diego | State | CA | Zip Code | 92037 |
| Appraiser | Sidney Loiseau | | | | | | |



### Comparable 4
8410 Whale Watch Way
| | |
|---|---|
| Prox. to Subject | 1.81 miles N |
| Sale Price | 14,500,000 |
| Gross Living Area | 8,500 |
| Total Rooms | 11 |
| Total Bedrooms | 5 |
| Total Bathrooms | 3.3 |
| Location | Resid Culdesac |
| View | Ocn/Coast/Sunset Pano |
| Site | 19598 sf |
| Quality | Good/Custom |
| Age | 13 |



### Comparable 5
8436 Westway Dr
| | |
|---|---|
| Prox. to Subject | 1.87 miles N |
| Sale Price | 17,400,000 |
| Gross Living Area | 8,078 |
| Total Rooms | 13 |
| Total Bedrooms | 7 |
| Total Bathrooms | 8.2 |
| Location | Residential |
| View | Ocn/Coast/Sunset Pano |
| Site | 19990 sf |
| Quality | New/Custom |
| Age | 2 |



### Comparable 6
1021 Muirlands Dr
| | |
|---|---|
| Prox. to Subject | 1.14 miles SW |
| Sale Price | 16,750,000 |
| Gross Living Area | 10,168 |
| Total Rooms | 13 |
| Total Bedrooms | 7 |
| Total Bathrooms | 7.3 |
| Location | Residential |
| View | Ocn/Coast/Sunset Pano |
| Site | 36590 sf |
| Quality | Good/Custom |
| Age | 35 |



Business, Consumer Services & Housing Agency

# BUREAU OF REAL ESTATE APPRAISERS
## REAL ESTATE APPRAISER LICENSE

**Sidney M. Loiseau**

has successfully met the requirements for a license as a residential real estate appraiser in the State of California and is, therefore, entitled to use the title:

"Certified Residential Real Estate Appraiser"

This license has been issued in accordance with the provisions of the Real Estate Appraisers' Licensing and Certification Law.

BREA APPRAISER IDENTIFICATION NUMBER:

AR 041847

Effective Date: December 27, 2022
Date Expires: December 26, 2024

Angela Jennings, Bureau Chief, BREA

3069079

THIS DOCUMENT CONTAINS A TRUE WATERMARK - HOLD UP TO LIGHT TO SEE CHAIN LINK

**HUDSON INSURANCE COMPANY**
100 William Street, 5ᵗʰ Floor
New York, NY 10038



### REAL ESTATE APPRAISERS ERRORS AND OMISSIONS INSURANCE POLICY DECLARATIONS

**NOTICE: THIS IS A "CLAIMS MADE AND REPORTED" POLICY. THIS POLICY REQUIRES THAT A CLAIM BE MADE AGAINST THE INSURED DURING THE POLICY PERIOD AND REPORTED TO THE INSURER, IN WRITING, DURING THE POLICY PERIOD OR AUTOMATIC EXTENDED REPORTING PERIOD.**

**THIS POLICY MAY CONTAIN PROVISIONS WHICH LIMIT THE AMOUNT OF CLAIM EXPENSES THE INSURER IS RESPONSIBLE TO PAY IN CONNECTION WITH CLAIMS. CLAIM EXPENSES SHALL BE SUBJECT TO ANY DEDUCTIBLE AMOUNT. THE PAYMENT OF CLAIM EXPENSES WILL REDUCE THE LIMITS OF LIABILITY STATED IN ITEM 4. OF THE DECLARATIONS. PLEASE READ YOUR POLICY CAREFULLY.**

### PLEASE READ THIS POLICY CAREFULLY.

**Policy Number:** PRA-2AX-1014947      **Renewal of:** PRA-2AX-1006435

1. **Named Insured:** Sidney M Loiseau

2. **Address:** 3911 Cleveland Avenue #34142
San Diego, CA 92103

3. **Policy Period:** **From:** December 6, 2022    **To:** December 6, 2023

   12:01 A.M. Standard Time at the address of the **Named Insured** as stated in Number 2 above

4. **Limit of Liability**     Each **Claim**       Policy Aggregate

   **Damages** Limit of Liability   **A.** $1,000,000    **B.** $1,000,000
   **Claims Expense** Limit of Liability   **C.** $1,000,000    **D.** $1,000,000

5. **Deductible (Inclusive of Claims Expenses):**
   **5A.** $ 500   Each **Claim**    **5B.** $ 1,000   Aggregate

6. **Policy Premium:** $1,146.00     **State Taxes/Surcharges:**   $0.00

7. **Retroactive Date:** December 6, 2010

8. **Notice to Company:** Notice of a **Claim** or Potential **Claim** should be sent to:
   Hudson Insurance Group
   100 William Street, 5ᵗʰ Floor
   New York, NY 10038
   Fax: 646-216-3786
   Email: hudsonclaims300@hudsoninsgroup.com

9. **A. Program Administrator:** Riverton Insurance Agency Corp.
   **B. Agent/Broker:** OREP Insurance Services, LLC
   (888) 347-5273

*IN WITNESS WHEREOF, We have caused this policy to be executed by our President and our Corporate Secretary at New York, New York*

President                               Secretary

PRA100 (01/20)                                           P a g e | 1